125 A.3d 1196

Richard COPPOLINO, Appellant

v.

Commissioner of the Pennsylvania State
Police, Frank NOONAN, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.

Decided Nov. 20, 2015.

Before SAYLOR, C.J., EAKIN, BAER, TODD, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2015, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Application for Leave to Submit Supplemental Authority is DENIED as moot.